**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID SKUDDER and GLOBAL AG LLC,<br><br>Defendants. | ) | Civil Action No. 22-CV-01925<br><br>Hon. Jeffrey I. Cummings |

**DEFENDANTS' MOTION TO EXCLUDE**
**TESTIMONY AND OPINIONS OF LISA PINHEIRO**

Defendants David Skudder and Global Ag LLC, by and through counsel, pursuant to Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993) and its progeny, respectfully move the Court to strike and exclude the testimony and opinions of Plaintiff's retained expert, Lisa Pinheiro. The grounds and legal authority for exclusion are set forth in Defendants' Memorandum in Support of Their Motion to Exclude Testimony and Opinions of Lisa Pinheiro filed herewith. To the extent that the Court deems it helpful, Defendants request the opportunity to present their position at an evidentiary hearing and/or oral argument.

Dated: January 17, 2025

Respectfully submitted,

*/s/ Ellen M. Wheeler*
Ellen M. Wheeler (No. 6244111)
Thomas P. Hansfield (No. 6340818)
Foley & Lardner LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
312.832.4500
ewheeler@foley.com
thansfield@foley.com

*Attorneys for Defendants*
*David Skudder and Global Ag LLC*

**CERTIFICATE OF SERVICE**

I, Thomas P. Hansfield, an attorney, hereby certify that on January 17, 2025, I filed on the ECF System the foregoing Defendants' Motion to Exclude Testimony and Opinions of Lisa Pinheiro, and thereby served such filing via the Court's ECF Notification system to all attorneys of record in this matter.

*/s/ Thomas P. Hansfield*
Thomas P. Hansfield