**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | : <br> : <br> : CIVIL ACTION NO. 1:22-cv-01925 <br> : |
| PLAINTIFF, | : Hon. Jeffrey I. Cummings <br> : Hon. Judge Maria Valdez |
| v. | : <br> : |
| DAVID SKUDDER and GLOBAL AG LLC, | : <br> : |
| DEFENDANTS. | : <br> : <br> : <br> : |

**DECLARATION OF BRETT A. SHANKS IN SUPPORT OF PLAINTIFF'S
MEMORANDUMS OF LAW OPPOSING DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT AND MOTION TO EXCLUDE OPINIONS OF LISA PINHEIRO**

I, Brett A. Shanks, pursuant to 28 U.S.C. § 1746, hereby declare and state the following:

1.      I am an attorney with the Commodity Futures Trading Commission, the Plaintiff in this litigation.

2.      I submit this declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Exclude Testimony and Opinions of Lisa Pinheiro.

3.      Attached hereto are true and correct copies of the following exhibits:

| Exhibit No. | Exhibit Description |
|---|---|
| 1 | Errata Sheet, Deposition of Lisa Pinheiro (Feb. 29, 2024) |
| 2 | Nikolaus Hautsch & Ruihong Huang, *The Market Impact of a Limit Order*, 36 J. Econ. Dynamics & Control 501 (2012) |
| 3 | Sabrina Buti & Barbara Rindi, *Undisclosed Orders and Optimal Submission Strategies in a Limit Order Market*, 109 J. Fin. Econ. 797 (2013) |
| 4 | Hendrik Bessembinder et al., *Hidden Liquidity: An Analysis of Order Exposure Strategies in Electronic Stock Markets*, 94 J. Fin. Econ. 361 (2009) |

1

| 5 | Jonathan Berk & Peter DeMarzo, *Corporate Finance* 720-22 (Pearson, 3d ed. 2014) |
| 6 | John C. Hull, *Fundamentals of Futures and Options Markets* 309, 358 (Pearson, 8th ed. 2014) |
| 7 | Andrew F. Siegel, *Practical Business Statistics* 276 (Elsevier, 7th ed. 2016) |
| 8 | Memorandum of Law in Support of Defendants' Motion in Limine to Preclude Undisclosed Expert Testimony, *United States v. Flotron*, No. 3:17-cr-00220-JAM (D. Con. Mar. 8, 2018) (Doc. 111) |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 3rd day of March, 2025 in Kansas City, Missouri.

*s/Brett A. Shanks*
Brett A. Shanks

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 3, 2025, a true and correct copy of the foregoing was caused to be filed with the Clerk of the Court using the CM/ECF system, and that a copy of this filing will be served on all parties through that system.

*s/Brett A. Shanks*
Attorney for Plaintiff