# Exhibit 1

*Highly Confidential – Attorney's Eyes Only*

**ERRATA SHEET**

*Commodity Futures Trading Commission vs. David Skudder and Global AG LLC*

Deposition of Lisa Pinheiro, dated February 29, 2024

| Page:Line | From | To | Reason |
|---|---|---|---|
| ███ | ██ | ██ | ██████ |
| ██ | ████ | ██ | ██████ |
| ███ | ████████ | ██████ | █████ |
| ██ | █████ | ███████ | |
| ██ | █████ | ████ | █████ |
| ████ | ███████ | ███████ | ██████ |
| ██ | ██ | ██ | █████ |
| ██ | █████ | ████ | █████ |
| ██ | ████ | ████ | █████ |
| ██ | ████ | ████ | █████ |
| ██ | ██ | ████ | █████ |
| ███ | ████████ | █████ | █████ |

1

*Highly Confidential – Attorney's Eyes Only*

| Page:Line | From | To | Reason |
|---|---|---|---|
| ███ | ████████████ | ███████ | ████ |
| ███ | ████████ | █████ | ███████ |
| ███ | ████ | █████ | ████ |
| ███ | ██ | ██ | ██████ |
| ██ | ██████ | █████ | ██████ |
| ███ | █████ | █████ | ██████ |
| ██ | █████ | █████ | ████ |
| ██ | ███ | ███ | ██████ |
| ███ | ████ | ██ | ██████ |
| ███ | ██████ | ██████ | ██████ |
| ███ | ████ | ████ | ██████ |
| ███ | ██████ | ██████ | █████ |
| ██ | █ | ████ | █████ |
| ██ | █ | ████ | █████ |
| ███ | ████ | ████ | ██████ |
| ███ | ███ | ███ | ██████ |
| ████ | █████████ | ███████ | █████ |
| ████ | ████████ | ███████ | ████ |

*Highly Confidential – Attorney's Eyes Only*

| Page:Line | From | To | Reason |
|---|---|---|---|
| █████ | █████████ | █████████ | ████████ |
| ███ | ██████ | ██████ | ████████ |
| ███ | ██ | ██ | ████████ |
| ███ | ███ | ██████ | █████ |
| ██ | ███ | █████ | █████ |
| █████ | ████████ | █████ | ████████ |
| ███ | ████ | ███ | ████████ |
| ███ | █████ | ██████ | ████████ |
| ██ | ████████ | █████████ | ████ |
| █████ | ████████ | █████████ | ████ |
| ██ | █████ | ██████ | ████████ |
| ███ | ██ | ███████ | ████████ |

3

*Highly Confidential – Attorney's Eyes Only*

| Page:Line | From | To | Reason |
|---|---|---|---|
| ██ | ████ | ████████ | |
| ██ | ████ | ███ | ███ |
| ██ | ████ | ██ | ████ |
| ██ | ██████ | █████ | ████ |
| ██ | █████ | ██████ | ███ |
| █ | █ | █ | ████ |
| █ | █ | █ | ████ |
| ██ | ██████ | █████ | ████ |
| ██ | ██████ | █████ | ████ |
| ██ | █████ | ██████ | ████ |
| ██ | ████ | █████ | ████ |
| ██ | ████ | ████ | ████ |
| ██ | █████ | ██████ | ████ |
| ██ | ████ | █████ | ████ |
| ██ | █████ | █████ | ███ |
| ██ | ██████ | █████ | ████ |
| ██ | █ | █ | ████ |
| ██ | ██████ | █████ | ████ |
| ███ | █████ | █████ | ████ |

4

*Highly Confidential – Attorney's Eyes Only*

| Page:Line | From | To | Reason |
|-----------|------|-----|--------|
| ███ | ████████████ | ███████ | ██████ |
| ███ | ████ | ████ | ███████ |
| ███ | █ | ██ | ███████ |
| ███ | ███ | █ | ███████ |
| ███ | ███ | █ | ███████ |
| █████ | █████ | █████ | ███████ |
| ██ | ██████ | ██████ | ███████ |
| ██ | █ | ██ | ███████ |
| ██ | █ | █ | █████ |
| ██ | █████ | █████ | ███████ |
| ████ | █████ | ████ | ███████ |
| ██ | ████ | ████ | ███████ |
| ███ | ████ | ███ | ███████ |
| ███ | ███████████ | ██████ | ██████ |
| ███ | █████ | ████████ | ████ |
| ███ | █ | ██ | ███████ |
| █████ | ███████████ | ████████ | ████ |
| ███ | █████ | █████ | ███████ |

*Highly Confidential – Attorney's Eyes Only*

| Page:Line | From | To | Reason |
|---|---|---|---|
| ██████ | ████████████ | ██████████ | ██████████ |
| ████ | ███ | ███ | ██████████ |
| ████ | ████ | ███████ | ██████████ |
| ████ | ███████ | ███████ | ███████ |
| ████ | ██ | ██ | ████████ |
| ████ | ██████ | ██████ | ███████ |
| █████ | ██████████ | ██████████ | ███████ |
| ██████ | ████████████████████ | ████████████████████ | ██████████ |
| ████ | ██████████ | ██████████ | ██████████ |
| █████ | ███ | ███ | ██████████ |
| █████ | ██████ | ██████ | ██████████ |
| █████ | ████ | ██ | ██████████ |

Date:  <u>March 21, 2024</u> _____          Signature: _____

6