# Exhibit 5



# CORPORATE
# FINANCE

### THIRD EDITION

## BERK   DeMARZO

# CORPORATE FINANCE

### THIRD EDITION

## JONATHAN BERK
#### STANFORD UNIVERSITY

## PETER DeMARZO
#### STANFORD UNIVERSITY

**PEARSON**

Boston  Columbus  Indianapolis  New York  San Francisco  Upper Saddle River
Amsterdam  Cape Town  Dubai  London  Madrid  Milan  Munich  Paris  Montreal  Toronto
Delhi  Mexico City  Sao Paulo  Sydney  Hong Kong  Seoul  Singapore  Taipei  Tokyo

To Rebecca, Natasha, and Hannah, for the love and for being there —J. B.

To Kaui, Pono, Koa, and Kai, for all the love and laughter —P. D.

Editor in Chief: Donna Battista
Acquisitions Editor: Katie Rowland
Executive Development Editor: Rebecca Ferris-Caruso
Editorial Project Manager: Emily Biberger
Managing Editor: Jeff Holcomb
Senior Production Project Manager: Nancy Freihofer
Senior Manufacturing Buyer: Carol Melville
Cover Designer: Jonathan Boylan
Cover Photo: Nikreates/Alamy

Media Director: Susan Schoenberg
Content Lead, MyFinanceLab: Miguel Leonarte
Executive Media Producer: Melissa Honig
Project Management and Text Design:
  Gillian Hall, The Aardvark Group
Composition and Artwork: Laserwords
Printer/Binder: R.R. Donnelley/Jefferson City
Cover Printer: Lehigh Phoenix
Text Font: Adobe Garamond

Credits and acknowledgments borrowed from other sources and reproduced, with permission, in this textbook appear on the appropriate page within text and on this copyright page.

Credits: Cover: Sculpture in photo: Detail of *Flamingo* (1973), Alexander Calder. Installed in Federal Plaza, Chicago. Sheet metal and paint, 1615.4 x 1828.8 x 731.5 cm. Copyright © 2013 Calder Foundation, New York/Artists Rights Society (ARS), New York. Photo by Nikreates/Alamy; p. xxiii: Author photo: Nancy Warner

Microsoft and/or its respective suppliers make no representations about the suitability of the information contained in the documents and related graphics published as part of the services for any purpose. All such documents and related graphics are provided "as is" without warranty of any kind. Microsoft and/or its respective suppliers hereby disclaim all warranties and conditions with regard to this information, including all warranties and conditions of merchantability, whether express, implied or statutory, fitness for a particular purpose, title and non-infringement. In no event shall Microsoft and/or its respective suppliers be liable for any special, indirect or consequential damages or any damages whatsoever resulting from loss of use, data or profits, whether in an action of contract, negligence or other tortious action, arising out of or in connection with the use or performance of information available from the services.

The documents and related graphics contained herein could include technical inaccuracies or typographical errors. Changes are periodically added to the information herein. Microsoft and/or its respective suppliers may make improvements and/or changes in the product(s) and/or the program(s) described herein at any time. Partial screen shots may be viewed in full within the software version specified.

Microsoft® and Windows® are registered trademarks of the Microsoft Corporation in the U.S.A. and other countries. This book is not sponsored or endorsed by or affiliated with the Microsoft Corporation.

Copyright © 2014, 2011, 2007 Pearson Education, Inc., 75 Arlington Street, Boston, MA 02116. All rights reserved. Manufactured in the United States of America. This publication is protected by Copyright, and permission should be obtained from the publisher prior to any prohibited reproduction, storage in a retrieval system, or transmission in any form or by any means, electronic, mechanical, photocopying, recording, or likewise. To obtain permission(s) to use material from this work, please submit a written request to Pearson Education, Inc., Rights and Contracts Department, 501 Boylston Street, Suite 900, Boston, MA 02116; fax your request to 617 671-3447, or e-mail at www.pearsoned.com/legal/permissions.htm.

Many of the designations by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book, and the publisher was aware of a trademark claim, the designations have been printed in initial caps or all caps.

Library of Congress Cataloging-in-Publication Data
Berk, Jonathan B., 1962–
  Corporate finance / Jonathan Berk, Peter DeMarzo.—3rd ed.
    p. cm.
  Includes index.
  ISBN 978-0-13-299247-3
  1. Corporations—Finance. I. DeMarzo, Peter M. II. Title.
HG4026.B46 2014
  658.15—dc22

10 9 8 7 6 5 4 3 2 1



www.pearsonhighered.com

ISBN 13: 978-0-13-299247-3
ISBN 10:    0-132-99247-7

# The Pearson Series in Finance

**Bekaert/Hodrick**
*International Financial Management*

**Berk/DeMarzo**
*Corporate Finance\**

**Berk/DeMarzo**
*Corporate Finance: The Core\**

**Berk/DeMarzo/Harford**
*Fundamentals of Corporate Finance\**

**Brooks**
*Financial Management: Core Concepts\**

**Copeland/Weston/Shastri**
*Financial Theory and Corporate Policy*

**Dorfman/Cather**
*Introduction to Risk Management and Insurance*

**Eiteman/Stonehill/Moffett**
*Multinational Business Finance*

**Fabozzi**
*Bond Markets: Analysis and Strategies*

**Fabozzi/Modigliani**
*Capital Markets: Institutions and Instruments*

**Fabozzi/Modigliani/Jones**
*Foundations of Financial Markets and Institutions*

**Finkler**
*Financial Management for Public, Health, and Not-for-Profit Organizations*

**Frasca**
*Personal Finance*

**Gitman/Zutter**
*Principles of Managerial Finance\**

**Gitman/Zutter**
*Principles of Managerial Finance—Brief Edition\**

**Goldsmith**
*Consumer Economics: Issues and Behaviors*

**Haugen**
*The Inefficient Stock Market: What Pays Off and Why*

**Haugen**
*The New Finance: Overreaction, Complexity, and Uniqueness*

**Holden**
*Excel Modeling in Corporate Finance*

**Holden**
*Excel Modeling in Investments*

**Hughes/MacDonald**
*International Banking: Text and Cases*

**Hull**
*Fundamentals of Futures and Options Markets*

**Hull**
*Options, Futures, and Other Derivatives*

**Hull**
*Risk Management and Financial Institutions*

**Keown**
*Personal Finance: Turning Money into Wealth\**

**Keown/Martin/Petty**
*Foundations of Finance: The Logic and Practice of Financial Management\**

**Kim/Nofsinger**
*Corporate Governance*

**Madura**
*Personal Finance\**

**Marthinsen**
*Risk Takers: Uses and Abuses of Financial Derivatives*

**McDonald**
*Derivatives Markets*

**McDonald**
*Fundamentals of Derivatives Markets*

**Mishkin/Eakins**
*Financial Markets and Institutions*

**Moffett/Stonehill/Eiteman**
*Fundamentals of Multinational Finance*

**Nofsinger**
*Psychology of Investing*

**Ormiston/Fraser**
*Understanding Financial Statements*

**Pennacchi**
*Theory of Asset Pricing*

**Rejda**
*Principles of Risk Management and Insurance*

**Seiler**
*Performing Financial Studies: A Methodological Cookbook*

**Smart/Gitman/Joehnk**
*Fundamentals of Investing\**

**Solnik/McLeavey**
*Global Investments*

**Stretcher/Michael**
*Cases in Financial Management*

**Titman/Keown/Martin**
*Financial Management: Principles and Applications\**

**Titman/Martin**
*Valuation: The Art and Science of Corporate Investment Decisions*

**Weston/Mitchel/Mulherin**
*Takeovers, Restructuring, and Corporate Governance*

\*denotes MyFinanceLab titles     Log onto www.myfinancelab.com to learn more

to implement only if we add the present value of future dividends to the combination of the bond and the call:

$$S + P = PV(K) + PV(Div) + C$$

The left side of this equation is the value of the stock and a put; the right side is the value of a zero-coupon bond, a call option, and the future dividends paid by the stock during the life of the options, denoted by *Div*. Rearranging terms gives the general put-call parity formula:

**Put-Call Parity**

$$C = P + S - PV(K) - PV(Div) \tag{20.4}$$

In this case, the call is equivalent to having a levered position in the stock without dividends plus insurance against a fall in the stock price.

CONCEPT CHECK

1. Explain put-call parity.
2. If a put option trades at a higher price from the value indicated by the put-call parity equation, what action should you take?

## 20.4 Factors Affecting Option Prices

Put-call parity gives the price of a European call option in terms of the price of a European put, the underlying stock, and a zero-coupon bond. Therefore, to compute the price of a call using put-call parity, you have to know the price of the put. In Chapter 21, we explain how to calculate the price of a call without knowing the price of the put. Before we get there, let's first investigate the factors that affect option prices.

### Strike Price and Stock Price

As we noted earlier for the Amazon option quotes in Table 20.1, the value of an otherwise identical call option is higher if the strike price the holder must pay to buy the stock is lower. Because a put is the right to sell the stock, puts with a lower strike price are less valuable.

For a given strike price, the value of a call option is higher if the current price of the stock is higher, as there is a greater likelihood the option will end up in-the-money. Conversely, put options increase in value as the stock price falls.

### Arbitrage Bounds on Option Prices

We have already seen that an option's price cannot be negative. Furthermore, because an American option carries all the same rights and privileges as an otherwise equivalent European option, it cannot be worth less than a European option. If it were, you could make arbitrage profits by selling a European call and using part of the proceeds to buy an otherwise equivalent American call option. Thus, *an American option cannot be worth less than its European counterpart.*

The maximum payoff for a put option occurs if the stock becomes worthless (if, say, the company files for bankruptcy). In that case, the put's payoff is equal to the strike price. Because this payoff is the highest possible, *a put option cannot be worth more than its strike price.*

For a call option, the lower the strike price, the more valuable the call option. If the call option had a strike price of zero, the holder would always exercise the option and receive the stock at no cost. This observation gives us an upper bound on the call price: *A call option cannot be worth more than the stock itself.*

The **intrinsic value** of an option is the value it would have if it expired immediately. Therefore, the intrinsic value is the amount by which the option is currently in-the-money, or zero if the option is out-of-the-money. If an American option is worth less than its intrinsic value, you could make arbitrage profits by purchasing the option and immediately exercising it. Thus, *an American option cannot be worth less than its intrinsic value.*

The **time value** of an option is the difference between the current option price and its intrinsic value. Because an American option cannot be worth less than its intrinsic value, it cannot have a negative time value.

## Option Prices and the Exercise Date

For American options, the longer the time to the exercise date, the more valuable the option. To see why, let's consider two options: an option with one year until the exercise date and an option with six months until the exercise date. The holder of the one-year option can turn her option into a six-month option by simply exercising it early. That is, the one-year option has all the same rights and privileges as the six-month option, so by the Law of One Price, it cannot be worth less than the six-month option: *An American option with a later exercise date cannot be worth less than an otherwise identical American option with an earlier exercise date.* Usually the right to delay exercising the option is worth something, so the option with the later exercise date will be more valuable.

What about European options? The same argument will not work for European options, because a one-year European option cannot be exercised early at six months. As a consequence, a European option with a later exercise date may potentially trade for less than an otherwise identical option with an earlier exercise date. For example, think about a European call on a stock that pays a liquidating dividend in eight months (a liquidating dividend is paid when a corporation chooses to go out of business, sells off all of its assets, and pays out the proceeds as a dividend). A one-year European call option on this stock would be worthless, but a six-month call would be worth something.

## Option Prices and Volatility

An important criterion that determines the price of an option is the volatility of the underlying stock. Consider the following simple example.

| EXAMPLE 20.7 | Option Value and Volatility |
| --- | --- |

**Problem**

Two European call options with a strike price of $50 are written on two different stocks. Suppose that tomorrow, the *low-volatility* stock will have a price of $50 for certain. The *high-volatility* stock will be worth either $60 or $40, with each price having equal probability. If the exercise date of both options is tomorrow, which option will be worth more today?

**Solution**

The expected value of *both* stocks tomorrow is $50—the low-volatility stock will be worth this amount for sure, and the high-volatility stock has an expected value of $\frac{1}{2}(\$40) + \frac{1}{2}(\$60) = \$50$. However, the options have very different values. The option on the low-volatility stock is worth

nothing because there is no chance it will expire in-the-money (the low-volatility stock will be worth $50 and the strike price is $50). The option on the high-volatility stock is worth a positive amount because there is a 50% chance that it will be worth $60 − $50 = $10, and a 50% chance that it will be worthless. The value today of a 50% chance of a positive payoff (with no chance of a loss) is positive.

Example 20.7 illustrates an important principle: *The value of an option generally increases with the volatility of the stock.* The intuition for this result is that an increase in volatility increases the likelihood of very high and very low returns for the stock. The holder of a call option benefits from a higher payoff when the stock goes up and the option is in-the-money, but earns the same (zero) payoff no matter how far the stock drops once the option is out-of-the-money. Because of this asymmetry of the option's payoff, an option holder gains from an increase in volatility.[5]

Recall that adding a put option to a portfolio is akin to buying insurance against a decline in value. Insurance is more valuable when there is higher volatility—hence put options on more volatile stocks are also worth more.

**CONCEPT CHECK**

1. What is the intrinsic value of an option?

2. Can a European option with a later exercise date be worth less than an identical European option with an earlier exercise date?

3. How does the volatility of a stock affect the value of puts and calls written on the stock?

## 20.5 Exercising Options Early

One might guess that the ability to exercise the American option early would make an American option more valuable than an equivalent European option. Surprisingly, this is not always the case—sometimes, they have equal value. Let's see why.

### Non-Dividend-Paying Stocks

Let's consider first options on a stock that will not pay any dividends prior to the expiration date of the options. In that case, the put-call parity formula for the value of the call option is (see Eq. 20.3):

$$C = P + S - PV(K)$$

We can write the price of the zero-coupon bond as $PV(K) = K - dis(K)$, where $dis(K)$ is the amount of the discount from face value to account for interest. Substituting this expression into put-call parity gives

$$C = \underbrace{S - K}_{\text{Intrinsic value}} + \underbrace{dis(K) + P}_{\text{Time value}} \qquad (20.5)$$

---

[5]This relation between the stock's volatility and the value of an option holds for realistic distributions of stock prices assumed by practitioners (described in detail in Chapter 21), in which an increase in volatility implies a more "spread out" distribution for the entire range of future stock prices. That said, it need not hold, for example, if the volatility of the stock increases in some ranges but falls in others.