# Exhibit 6

# *Fundamentals of*
# FUTURES AND OPTIONS MARKETS

### EIGHTH EDITION



## JOHN C. HULL

Case: 1:22-cv-01925 Document #: 82-6 Filed: 03/03/25 Page 3 of 6 PageID #:1728

# EIGHTH EDITION

# FUNDAMENTALS OF FUTURES AND OPTIONS MARKETS

## John C. Hull

*Maple Financial Group Professor of Derivatives and Risk Management*
*Joseph L. Rotman School of Management*
*University of Toronto*



Boston   Columbus   Indianapolis   New York   San Francisco   Upper Saddle River
Amsterdam   Cape Town   Dubai   London   Madrid   Milan   Munich   Paris   Montreal   Toronto
Delhi   Mexico City   Sâo Paulo   Sydney   Hong Kong   Seoul   Singapore   Taipei   Tokyo

**Editor in Chief:** Donna Battista
**Acquisitions Editor:** Katie Rowland
**Editorial Project Manager:** Emily Biberger
**Editorial Assistant:** Elissa Senra-Sargent
**Managing Editor:** Jeff Holcomb
**Associate Production Project Manager:** Alison Eusden
**Senior Manufacturing Buyer:** Carol Melville
**Senior Media Manufacturing Buyer:** Ginny Michaud
**Permissions Project Supervisor:** Jill Dougan
**Art Director:** Jayne Conte
**Cover Designer:** Suzanne Duda
**Cover Image:** Andrea Danti/Fotolia
**Media Project Manager:** Lisa Rinaldi
**Composition:** The Geometric Press
**Printer/Binder:** Edwards Brothers
**Cover Printer:** Lehigh Phoenix
**Text Font:** Monotype Times

Credits and acknowledgments borrowed from other sources and reproduced, with permission, in this textbook appear on the appropriate page within text.

Copyright ©2014, 2011, 2008 by Pearson Education, Inc. All rights reserved. Manufactured in the United States of America. This publication is protected by Copyright, and permission should be obtained from the publisher prior to any prohibited reproduction, storage in a retrieval system, or transmission in any form or by any means, electronic, mechanical, photocopying, recording, or likewise. To obtain permission(s) to use material from this work, please submit a written request to Pearson Education, Inc., Permissions Department, One Lake Street, Upper Saddle River, New Jersey 07458, or you may fax your request to 201-236-3290.

Many of the designations by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book, and the publisher was aware of a trademark claim, the designations have been printed in initial caps or all caps.

**Cataloging-in-Publication Data is on file at the Library of Congress**



10 9 8 7 6 5 4 3 2 1
**ISBN-10:** 0-13-299334-1
**ISBN-13:** 978-0-13-299334-0

*Valuing Stock Options: The Black–Scholes–Merton Model* 309

## 13.7 THE BLACK–SCHOLES–MERTON PRICING FORMULAS

The Black Scholes Merton formulas for the prices of European calls and puts on non-dividend-paying stocks are[6]

$$c = S_0 N(d_1) - Ke^{-rT} N(d_2) \tag{13.5}$$

$$p = Ke^{-rT} N(-d_2) - S_0 N(-d_1) \tag{13.6}$$

where

$$d_1 = \frac{\ln(S_0/K) + (r + \sigma^2/2)T}{\sigma\sqrt{T}}$$

$$d_2 = \frac{\ln(S_0/K) + (r - \sigma^2/2)T}{\sigma\sqrt{T}} = d_1 - \sigma\sqrt{T}$$

The function $N(x)$ is the cumulative probability function for a standardized normal variable. In other words, it is the probability that a variable with a standard normal distribution will be less than $x$. It is illustrated in Figure 13.4. The remaining notation in equations (13.5) and (13.6) should be familiar. The variables $c$ and $p$ are the European call and put prices, $S_0$ is the stock price, $K$ is the strike price, $r$ is the risk-free interest rate (expressed with continuous compounding), $T$ is the time to expiration, and $\sigma$ is the volatility of the stock price. Because the American call price, $C$, equals the European call price, $c$, for a non-dividend-paying stock, equation (13.5) also gives the price of an American call. There is no exact analytic formula to value an American put, but binomial trees such as those introduced in Chapter 12 can be used.

In theory, the Black Scholes formula is correct only if the short-term interest rate, $r$, is constant. In practice, the formula is usually used with the interest rate, $r$, being set equal to the risk-free interest rate on an investment that lasts for time $T$.

## Properties of the Black–Scholes–Merton Formulas

A full proof of the Black Scholes Merton formulas is beyond the scope of this book. At this stage we show that the formulas have the right general properties by considering what happens when some of the parameters take extreme values.



**Figure 13.4** Shaded area represents $N(x)$

[6] The software, DerivaGem, that accompanies this book can be used to carry out Black Scholes Merton calculations for options on stocks, currencies, indices, and futures contracts.

## 16.7 A FUTURES PRICE AS AN ASSET PROVIDING A YIELD

There is a general result that makes the analysis of futures options analogous to the analysis of options on a stock paying a dividend yield. This result is that futures prices behave in the same way as a stock paying a dividend yield equal to the domestic risk-free rate $r$.

One clue that this might be so is given by comparing equation (16.6) with equations (15.12) and (15.13). The equations are identical when we set $q = r$. Another clue is that the lower bounds for futures options prices and the put call parity relationship for futures options prices are the same as those for options on a stock paying a dividend yield at rate $q$ when the stock price is replaced by the futures price and $q = r$.

We can understand the general result by noting that a futures contract requires zero investment. In a risk-neutral world, the expected profit from holding a position in an investment that costs zero to set up must be zero. Hence the expected payoff from a futures contract in a risk-neutral world must be zero. It follows that the expected growth rate of the futures price in a risk-neutral world must be zero. A stock paying a dividend at rate $q$ grows at an expected rate of $r - q$ in a risk-neutral world. If we set $q = r$, the expected growth rate of the stock price is zero, making it analogous to a futures price.

## 16.8 BLACK'S MODEL FOR VALUING FUTURES OPTIONS

Fischer Black provided a model for valuing futures options in a paper published in 1976. The model is known as *Black's model*. The underlying assumption is that futures prices have the same lognormal property that we assumed for stock prices in Chapter 13. The European call price, $c$, and the European put price, $p$, for a futures option are given by equations (15.4) and (15.5) with $S_0$ replaced by $F_0$ and $q = r$:

$$c = e^{-rT}[F_0 N(d_1) - KN(d_2)] \tag{16.7}$$

$$p = e^{-rT}[KN(-d_2) - F_0 N(-d_1)] \tag{16.8}$$

where

$$d_1 = \frac{\ln(F_0/K) + \sigma^2 T/2}{\sigma\sqrt{T}}$$

$$d_2 = \frac{\ln(F_0/K) - \sigma^2 T/2}{\sigma\sqrt{T}} = d_1 - \sigma\sqrt{T}$$

$\sigma$ is the volatility of the futures price, and $T$ is the time to maturity of the option (not the futures). Example 16.4 illustrates these formulas.

## 16.9 USING BLACK'S MODEL INSTEAD OF BLACK–SCHOLES–MERTON

The results in Section 16.3 show that European futures options and European spot options are equivalent when the option contract matures at the same time as the futures contract. Black's model, equations (16.7) and (16.8), therefore provides a way of