# Exhibit 7

# Practical Business Statistics

Case: 1:22-cv-01925 Document #: 82-7 Filed: 03/03/25 Page 3 of 5 PageID #:1734

# Practical Business Statistics

## Seventh Edition

**Andrew F. Siegel**
Department of Information Systems and Operations Management
Department of Finance and Business Economics
Department of Statistics
Foster School of Business
University of Washington
Seattle, USA



AMSTERDAM · BOSTON · HEIDELBERG · LONDON
NEW YORK · OXFORD · PARIS · SAN DIEGO
SAN FRANCISCO · SINGAPORE · SYDNEY · TOKYO
Academic Press is an imprint of Elsevier



Academic Press is an imprint of Elsevier
125 London Wall, London EC2Y 5AS, United Kingdom
525 B Street, Suite 1800, San Diego, CA 92101 4495, United States
50 Hampshire Street, 5th Floor, Cambridge, MA 02139, United States
The Boulevard, Langford Lane, Kidlington, Oxford OX5 1GB, United Kingdom

Copyright © 2016 Andrew F. Siegel. Published by Elsevier Inc. All rights reserved.

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the publisher. Details on how to seek permission, further information about the Publisher's permissions policies and our arrangements with organizations such as the Copyright Clearance Center and the Copyright Licensing Agency, can be found at our website: www.elsevier.com/permissions.

This book and the individual contributions contained in it are protected under copyright by the Publisher (other than as may be noted herein).

**Notices**
Knowledge and best practice in this field are constantly changing. As new research and experience broaden our understanding, changes in research methods, professional practices, or medical treatment may become necessary.

Practitioners and researchers must always rely on their own experience and knowledge in evaluating and using any information, methods, compounds, or experiments described herein. In using such information or methods they should be mindful of their own safety and the safety of others, including parties for whom they have a professional responsibility.

To the fullest extent of the law, neither the Publisher nor the authors, contributors, or editors, assume any liability for any injury and/or damage to persons or property as a matter of products liability, negligence or otherwise, or from any use or operation of any methods, products, instructions, or ideas contained in the material herein.

Previous edition copyrighted: 2011, 2002, 2000, 1996.

**Library of Congress Cataloging-in-Publication Data**
A catalog record for this book is available from the Library of Congress

**British Library Cataloguing-in-Publication Data**
A catalogue record for this book is available from the British Library

ISBN: 978-0-12-804250-2

For information on all Academic Press publications visit our website at https://www.store.elsevier.com/



www.elsevier.com • www.bookaid.org

*Publisher:* Nikki Levy
*Acquisition Editor:* Graham Nisbet
*Developmental Editor:* Susan Ikeda
*Production Project Manager:* Paul Prasad Chandramohan
*Cover Designer:* Mark Rogers

Typeset by SPi Global, India

**Example—cont'd**

| | |
|---|---|
| Sample size, $n$ | 19 |
| Sample average, $X$ | 31.52 |
| Standard deviation, $S$ | 4.84 |
| New observation, $X_{new}$ | 38.31 |

The standard error for prediction is

$$\text{Standard error for prediction} = S\sqrt{1 + \frac{1}{n}}$$

$$= 4.84\sqrt{1 + \frac{1}{19}}$$

$$= 4.965735$$

It would not be fair to use a one-sided test here because you would most certainly be interested in items that are greatly underweight as well as those that are overweight; either way, the system would be considered out of control. The two-sided 95% prediction interval, based on the critical $t$-value of 2.100922, extends from $31.52 - 2.100922 \times 4.965735 = 21.1$ to $31.52 + 2.100922 \times 4.965735 = 42.0$.

We are 95% sure that a new observation, taken from the same population as the sample, will be somewhere between 21.1 and 42.0 pounds.

Since the new observation, at 38.31 pounds, is within this prediction interval, it seems to be within the range of reasonable variation. Although it is near the high end, it is *not significantly different* from the others.

The $t$-statistic is less (in absolute value) than the critical value, 2.100922, confirming your decision to accept the null hypothesis and find the difference to be not significant:

$$t_{statistic} = \frac{38.31 - 31.52}{4.965735}$$

$$= 1.367$$

For reference, the $p$-value for this test, from statistical software, is $p = 0.188$, which is not less than 0.05 and therefore not significant, in agreement with the confidence interval and the $t$-test methods.

In retrospect, you probably should not have been surprised at a piece weighing 38.31 pounds. Since the sample standard deviation is 4.84 pounds, you expect individuals to be about this far from the average. This piece is not even two standard deviations away from the mean and is therefore (even according to this approximate rule) within the reasonable 95% region. This quick look is just an approximation; when you use the standard error for prediction, your answer is exact because you took into account both the variation in your sample and the variation of the new observation in a mathematically correct way.

## 10.6 TESTING TWO SAMPLES

To test whether or not two samples are significantly different, on average, all you need to know are, (1) the appropriate standard error to use for evaluating the average

difference and (2) its degrees of freedom. The problem will then be essentially identical to the methods you already know: You will be testing an observed quantity (the observed average difference) against a known reference value (zero, indicating no difference) using the appropriate standard error and critical $t$-value.

You will see this method repeated over and over in statistics. Whenever you have an estimated quantity and its own standard error, you can easily construct confidence intervals and do hypothesis testing. The applications get more complex (and more interesting), but the methods are just the same as the procedures you already know. Let us generalize this method now to the two-sample case, for which there are two possibilities: the two samples might be *paired* (ie, two measurements in the same units are made for each elementary unit from a single sample) or the two samples might be *unpaired* (so that the two samples represent two independent samples of elementary units).

### The Paired *t*-Test

The **paired *t*-test** is used to test whether two columns of numbers are different, on average, *when there is a natural pairing between the two columns*. This is appropriate, for example, for "before/after" studies, where you have a measurement (such as a score on a test or a rating) for each person or thing both before and after some intervention (seeing an advertisement, taking a medication, adjusting the gears, etc.).

In fact, you already know how to do a paired $t$-test because it can be changed into a familiar one-sample problem by working with the *differences*, for example, "after" minus "before," instead of with the two lists individually. It is crucial that the data be paired; otherwise, it would not be clear how to line up the pairs when finding differences.

It is not enough to have the averages and standard deviations for each of the two groups. This would lack any indication of the important information conveyed by the pairing of the observations. Instead, you will work with the average and the standard deviation of the *differences*.

A paired $t$-test can be very effective even when individuals show lots of variation from one to another. Since it concentrates on *changes*, it can ignore the (potentially confusing) variation in *absolute* levels of individuals. For example, individuals could be very different from one another, and yet the changes could be very similar (eg, everyone receives a $100 pay raise). The paired $t$-test is not distracted by this individual variability in its methods to detect a systematic change, and we might say that the paired $t$-test "adjust for" or "controls for" this source of variability from one individual to another.

Again, some assumptions are required for validity of the paired $t$-test. The first assumption is that the elementary