**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | : | CIVIL ACTION NO. 1:22-cv-01925 |
| PLAINTIFF, | : | Hon. Jeffrey I. Cummings |
| | : | Hon. Judge Maria Valdez |
| v. | : | |
| DAVID SKUDDER and GLOBAL AG LLC, | : | |
| DEFENDANTS. | : | |

**JOINT STATUS REPORT**

On September 8, 2026, the Court denied Defendants' motion for summary judgment and motion to exclude expert testimony and directed the parties to file a joint status report on or before September 16, 2026 setting forth:

(1) the status of their settlement negotiations;
(2) whether they desire a referral to the assigned Magistrate Judge for a settlement conference;
(3) the anticipated length of their trial; and
(4) their mutual availability for trial in February and April 2027.

The parties hereby submit this Joint Status Report on each of the four topics specified in the Court's September 8, 2026 minute entry:

## I. Status of Settlement Negotiations

The parties have been unable to resolve this case. The parties resumed settlement discussions at the end of July 2026, and Plaintiff made a settlement offer to Defendants on August 3, 2026. Defendants made a counteroffer on August 17, 2026 which Plaintiff rejected. After the Court issued its September 8, 2026 Opinion denying Defendants' motions, Plaintiff

reiterated its willingness to resolve on the terms of the August 3 offer, and the parties are continuing to negotiate.

## II. Referral to Assigned Magistrate Judge for Settlement Conference

Plaintiff believes that the parties should be able to come to a mutually agreeable resolution at this stage of this proceeding, particularly after the Court's September 8, 2026 Opinion. Accordingly, despite the parties' unsuccessful settlement discussions to date, Plaintiff supports the referral of this case to the assigned Magistrate Judge for a settlement conference and believes the involvement of the Magistrate Judge could potentially help the parties overcome their impasse.

Defendants do not believe a referral to the Magistrate Judge for a Settlement Conference would be useful at this time.

## III. Anticipated Length of Trial

The parties anticipate a trial lasting approximately five days, depending on the Court's schedule and the amount of time each day the Court allocates for trial.

## IV. Availability for Trial

The parties are available for trial during the following weeks in February 2027 and April 2027:

- February 22-26
- April 12-16
- April 26-30

Dated: September 16, 2026

Respectfully submitted,

PLAINTIFF COMMODITY FUTURES TRADING COMMISSION

s/ Thomas L. Simek
Thomas L. Simek
Commodity Futures Trading Commission
2600 Grand Boulevard, Suite 210
Kansas City, Missouri 64108
Telephone: (816) 960-7760
tsimek@cftc.gov

*Attorney for Plaintiff*

DEFENDANTS DAVID SKUDDER and GLOBAL AG LLC

s/ Ellen M. Wheeler
Ellen M. Wheeler
Foley & Lardner LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654-5313
(312) 832-5197
ewheeler@foley.com

Thomas J. Krysa
Foley & Lardner LLP
1141 15th Street, Suite 2200
Denver, CO 80202
720-437-2010
tkrysa@foley.com

*Attorneys for Defendants*